UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Mark Guion and Cynthia Glenn, | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No.   6:18-cv-01609-DCC |
| Melissa Marsh; Kimberly Dunham; Milford Howard; Robert Clark; Rochelle Y. Conits; Rachel Hopkins; Brittany van de Gohm; John Does 1-20; Jane Does 1-20; XYZ 1-10 Entities and Agencies, | |
| *Defendant* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiffs, Mark Guion and Cynthia Glenn, shall take nothing of the defendants: Melissa Marsh, Kimberly Dunham, Milford Howard, Robert Clark, Rochelle Y. Conits, Rachel Hopkins, Brittany van de Gohm, John Does 1-20, Jane Does 1-20, and XYZ 1-10 Entities and Agencies, as to the complaint filed pursuant to 28 U.S.C. 1331 and this action is dismissed without prejudice.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended dismissing plaintiff's action without prejudice.

Date:   April 23, 2019                                                ROBIN L. BLUME, CLERK OF COURT

                                                                                    *Signature of Clerk or Deputy Clerk*